**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Jamal Samaha

                              Plaintiff,

v.                                                                   Case No.: 1:20–cv–02610
                                                                   Honorable Manish S. Shah

The City of Chicago, Illinois, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 12, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [63], this case is dismissed without prejudice and with leave to reinstate by 7/26/21. If no motion to reinstate is filed by 7/26/21, then the dismissal shall automatically convert to one with prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.